## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KATHRYN A. HOSKINS, an individual )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>TUESDAY MORNING, INC., )<br>a Foreign For Profit Corporation, )<br>)<br>Defendant. ) | Case No. 15-CV-332-CVE-TLW |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED BY AND BETWEEN** Plaintiff Kathryn A. Hoskins, and Defendant Tuesday Morning, Inc., (the "Parties"), that the above styled cause of action, including all claims and affirmative defenses is hereby and herein dismissed with prejudice pursuant to the Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), with each party to bear its own attorneys' fees and costs.

Approved and Agreed to By:

s/Daniel E. Smolen_____
Daniel E. Smolen, OBA #19943
danielsmolen@ssrok.com
SMOLEN SMOLEN & ROYTMAN
701 South Cincinnati Avenue
Tulsa, OK 74119
Phone:  (918) 585-2667
Fax:  (918) 585-2669
**ATTORNEYS FOR PLAINTIFF**


s/Michael R. Pacewicz_____
Michael R. Pacewicz
CROWE & DUNLEVY
A Professional Corporation
500 Kennedy Building

-2-

321 South Boston Avenue
Tulsa, OK 74103-3313
Michael.pacewicz@crowedunlevy.com
**ATTORNEY FOR DEFENDANT**